# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Jones, et al.

v.

Bondi, et al.

**Case No:** 25-5101

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ● Gov't counsel for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Pamela Bondi, in her official capacity as Attorney

William Lothrop, in his official capacity as Acting

### Counsel Information

Lead Counsel: McKaye L. Neumeister

Direct Phone: (202) 514-8100  Fax: (   )  -   Email: McKaye.L.Neumeister@usdoj.gov

2nd Counsel: Gerard Sinzdak

Direct Phone: (202) 514-0718  Fax: (   )  -   Email: Gerard.J.Sinzdak@usdoj.gov

3rd Counsel:

Direct Phone: (   )    Fax: (   )  -   Email:

Firm Name: U.S. Department of Justice, Civil Division, Appellate Staff

Firm Address: 950 Pennsylvania Avenue, NW, Washington, DC 20530

Firm Phone: (202) 305-1754  Fax: (   )  -   Email: civilappellate.ecf@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)